UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| MORGAN A. BETTINGER, | CASE NO. 3:23-cv-00041 |
| *Plaintiff,* v. | ORDER |
| THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

**CONSENT ORDER FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Defendants the Rector and Visitors of the University of Virginia, Rector Robert D. Hardie, Vice-Rector Carlos M. Brown, Robert M. Blue; Mark T. Bowles, Elizabeth M. Cranwell, Thomas A. Depasquale, U. Bertram Ellis, Jr., Paul C. Harris, Babur B. Lateef, M.D., Stephen P. Long, M.D., Paul Manning, James B. Murray, John L. Nau, the Honorable L.F. Payne, Amanda L. Pillion, Rachel W. Sheridan, Douglas D. Wetmore, James E. Ryan, and Allen W. Groves (collectively, "Defendants"), by counsel, have moved this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, to extend the time in which they may answer, plead, or file such other response to the Complaint, as may be permitted by the Federal Rules of Civil Procedure, to November 10, 2023.

It appearing to the Court that Plaintiff Morgan A. Bettinger consents to such an extension, as evidenced by the signature of her counsel below, and that good cause justifies this relief, the court will **GRANT** the Consent Motion for Extension of Time. Dkt. 9. The Defendants shall

answer, plead, or file such other response to the Complaint, including any defense to personal jurisdiction over any defendant or to venue, as may be permitted by the Federal Rules of Civil Procedure, on or before November 10, 2023.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this 22nd day of September, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**


/s/ Lauren E. Fisher White
Warren David Harless (VSB No. 20816)
David B. Lacy (VSB No. 71177)
Lauren E. Fisher White (VSB No. 80360)
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219-4037
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
wharless@cblaw.com
dlacy@cblaw.com
lfwhite@cblaw.com

*Counsel for All Defendants Except The Board of Visitors*


**SEEN AND AGREED:**


/s/ Gregory W. Brown
Gregory W. Brown
Virginia State Bar No. 36369
BROWN & GAVALIER, PLLC
320 West Main Street

Charlottesville, Virginia 22903
Telephone: (434) 996-2606
Facsimile: (434) 996-2606 (OneTalk)
partners@brownandgavalier.com (Lawyers' Email)
admin@brownandgavalier.com (CM/ECF)

*Counsel for Morgan A. Bettinger*