UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**MORGAN A. BETTINGER,**

    **Plaintiff,**

v.   Case No. 3:23-cv-00041-NKM-JCH

**THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, ET AL.,**

    **Defendants.**

## AGREED ORDER
### (Extending Deadlines Pending Consummation of Settlement)

The parties, by counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, jointly move to extend the deadlines set forth in the Court's Pretrial Order [Dkt. No. 20] and Consent Order [Dkt. No. 21] so as to enable the parties to obtain final approval and consummation of their agreement to resolve this dispute.

For good cause shown, it is hereby ORDERED that:

1. The parties' motion is GRANTED;

2. That all deadlines set forth in the Court's Pretrial Order [Dkt. No. 20] and Consent Order [Dkt. No. 21] are hereby CONTINUED until further order of the Court; and

3. That on or before December 15, 2023, counsel for the parties shall report to the Court on the status of the consummation of the parties' settlement.

It is SO ORDERED.

Entered:   11 / 29 / 2023

_____
Hon. Joel C. Hoppe
United States Magistrate Judge

*Endorsement of counsel on following page.*

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| */s/ David B. Lacy* | */s/ Gregory W. Brown* |
| Warren David Harless (VSB No. 20816) | Gregory W. Brown |
| David B. Lacy (VSB No. 71177) | Virginia State Bar No. 36369 |
| Lauren E. Fisher White (VSB No. 80360) | BROWN & GAVALIER, PLLC |
| CHRISTIAN & BARTON, LLP | 320 West Main Street |
| 901 East Cary Street, Suite 1800 | Charlottesville, Virginia 22903 |
| Richmond, Virginia 23219-4037 | Tel.:   (434) 996-2606 |
| Tel.:   (804) 697-4100 | Fax:   (434) 996-2606 (OneTalk) |
| Fax:   (804) 697-4112 | partners@brownandgavalier.com   (Lawyers' Email) |
| wharless@cblaw.com | admin@brownandgavalier.com (CM/ECF) |
| dlacy@cblaw.com | |
| lfwhite@cblaw.com | |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

#4884-6768-1684

2