UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**MORGAN A. BETTINGER,**

        **Plaintiff,**

v.                                                Case No. 3:23-cv-00041-NKM

**THE RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA, et al.,**

        **Defendants.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, including the Complaint [Dkt. No. 1] and all claims asserted therein, WITH PREJUDICE, with each party to bear their own costs and expenses, including attorneys' fees, incurred in this case.

So STIPULATED AND AGREED.

Date:   February 1, 2024.                                          Respectfully submitted,

| | |
|---|---|
| */s/ Gregory W. Brown* | */s/ David B. Lacy* |
| Gregory W. Brown | Warren David Harless (VSB No. 20816) |
| Virginia State Bar No. 36369 | David B. Lacy (VSB No. 71177) |
| BROWN & GAVALIER, PLLC | Lauren E. Fisher White (VSB No. 80360) |
| 320 West Main Street | CHRISTIAN & BARTON, LLP |
| Charlottesville, Virginia 22903 | 901 East Cary Street, Suite 1800 |
| Tel.:   (434) 996-2606 | Richmond, Virginia 23219-4037 |
| Fax:   (434) 996-2606 (OneTalk) | Tel.:   (804) 697-4100 |
| partners@brownandgavalier.com (Lawyers' Email) | Fax:   (804) 697-4112 |
| admin@brownandgavalier.com (CM/ECF) | wharless@cblaw.com |
| | dlacy@cblaw.com |
| | lfwhite@cblaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |